FILED

11/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0160

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0160

_____

IN RE THE MARRIAGE OF:

ERIKA DAWN PETERSON, f/n/a WEILACHER,

        Petitioner and Appellee,

  and

SCOTT MATTHEW WEILACHER,

        Respondent and Appellant.

                                O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Danni Coffman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 15 2023